## Case No. 7,227.

### JARVIS et al. v. KENDALL.

[1 Hayw. & H. 237.] [1]

Circuit Court, District of Columbia. April 18, 1846.

P. R. Fendall, for plaintiff.
H. H. Dent, for defendant.

This cause coming on to be heard on the within statement of facts, and after argument of counsel and mature deliberation, it is this 18th day of April, 1846, ordered by THE COURT that the defendant is entitled

[1] [Reported by John A. Hayward, Esq., and Geo. C. Hazleton, Esq.]

to receive the amount of the note thereon referred to from the treasury of the United States.